IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02503-BNB

TROY STAFFORD,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 3 1 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On November 4, 2008, Plaintiff Troy Stafford submitted to the Court a *pro se* Letter in which he indicates he intends to file a complaint pursuant to 42 U.S.C. § 1983. Mr. Stafford is detained at the Arapahoe County Detention Facility in Centennial, Colorado.

On November 19, 2007, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Stafford to file his claims on a Court-approved form used in filing prisoner complaints and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Stafford now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 30 day of December, 2008.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02503-BNB

Troy Stafford
Prisoner No. 08-06973
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/31/08

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                  Deputy Clerk